Tegan Rodkey, Esq. (SBN: 275830)
E: tegan@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Ste 247
Encino, CA 91310
T: (818) 600-5526
F: (818) 600-5526

*Attorneys for Plaintiff*
*Daniel Alfredo Gutierrez Ruelas*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| DANIEL ALFREDO GUTIERREZ RUELAS,<br><br>            Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>            Defendant. | Case No.: 5:23-cv-00676-JGB-SHK<br><br>**NOTICE OF SETTLEMENT** |

    NOTICE IS HEREBY GIVEN that Plaintiff Daniel Alfredo Gutierrez Ruelas and Defendant Equifax Information Services, LLC ("Equifax") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file the appropriate dismissal documents within the next sixty (60) days.

1

Plaintiff requests that the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 26th day of May 2023.

By: /s/*Tegan Rodkey*
Tegan Rodkey, Esq. (SBN: 275830)
E: tegan@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Ste. 247
Encino, CA 91310
T: (818) 600-5526
F: (818) 600-5526

*Attorneys for Plaintiff*
*Daniel Alfredo Gutierrez Ruelas*

### CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

/s/*Mari Cervantes*