Tegan Rodkey, Esq. (SBN: 275830)
E: tegan@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Ste 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5526

*Attorneys for Plaintiff*
*Daniel Alfredo Gutierrez Ruelas*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## (EASTERN DIVISION)

| | |
|---|---|
| DANIEL ALFREDO GUTIERREZ RUELAS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC;<br><br>Defendants. | Case No.: 5:23-cv-00676-JGB-SHK<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Daniel Alfredo Gutierrez Ruelas, by and through undersigned counsel, voluntarily dismisses with prejudice this action against Equifax Information Services, LLC.

Defendant Equifax Information Services, LLC filed neither an answer to the complaint nor a motion for summary judgment. Therefore, dismissal under

1

Fed. R. Civ. P. 41(a)(1)(A)(i) is appropriate.

Respectfully submitted this 27th day of June 2023.

By: /s/Tegan Rodkey
Tegan Rodkey, Esq.
E: tegan@pricelawgroup.com
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Ste. 247
Encino, CA 91316
T: (818) 600-5526
F: (818) 600-5526

*Attorneys for Plaintiff*
*Daniel Alfredo Gutierrez Ruelas*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

*/s/Mari Cervantes*